UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| TOP RANK, INC., <br><br> Plaintiff, <br><br> -against- <br><br> ALAN HAYMON, et al., <br><br> Defendant. | CASE NO. _____ <br><br> UNDERLYING LITIGATION <br><br> UNITED STATES DISTRICT COURT <br> CENTRAL DISTRICT OF CALIFORNIA <br><br> CASE NO. 2:15-cv-4961-JFW-MRW |

### DECLARATION OF JAMES M. PEARL

I, James M. Pearl, pursuant to 28 U.S.C. §1746, declare and state as follows:

1. I am an attorney licensed to practice in the State of California. I am a partner at the law firm O'Melveny & Myers LLP, counsel of record to Plaintiff Top Rank, Inc. ("Top Rank") in the case *Top Rank, Inc. v. Haymon*, No. 2:15-cv-4961-JFW-MRW (C.D. Cal.). I am over 18 years of age, am competent to testify as to the matters set forth below and have personal knowledge of the facts contained herein.

2. On October 30, 2015, Top Rank filed a Second Amended Complaint (a true and accurate copy of which is attached as **Exhibit A** in U.S. District Court for the Central District of California against Defendants Alan Haymon, Haymon Boxing LLC, Haymon Sports LLC, Haymon Holdings LLC, and Alan Haymon Development, Inc. (collectively "Defendants").

3. On January 6, 2016, Judge John F. Walter issued an Order (a true and accurate copy of which is attached as **Exhibit B** (i) denying in its entirety Defendants' Motion to Dismiss the Second Amended Complaint, and (ii) vacating a discovery stay that had been entered by the Court on September 17, 2015 (Dkt. No. 76). Under the Scheduling and Case Management Order the Court has entered in this case (a true and accurate copy of which is attached as **Exhibit C**, the

parties must complete all discovery by October 3, 2016.

4.  On January 22, 2016, Top Rank served on non-party Warriors Boxing and Promotions, LLC ("Warriors") a subpoena *duces tecum* (a true and accurate copy of which is attached as **Exhibit D**, requesting eleven narrow categories of documents that are relevant to Top Rank's claims against Defendants. The proof of service is on the last page of Exhibit D.

5.  On February 5, 2016, Warriors served its objections to Top Rank's subpoena (a true and accurate copy of which is attached as **Exhibit E**. Counsel for Top Rank and Warriors thereafter met and conferred in good faith numerous times by telephone and letter correspondence to resolve their disputes concerning Top Rank's subpoena, but were unable to reach agreement.

6.  On March 3, 2016, Top Rank and Defendants held a telephonic conference before United States Magistrate Judge Michael R. Wilner regarding party document discovery. During the conference, Judge Wilner (i) admonished the Defendants' for their "unbelievably obstructive" conduct in discovery, and (ii) instructed Defendants to immediately begin producing requested documents as to which there was no dispute.

7.  Attached hereto as **Exhibit F** is a true and accurate copy of the February 11, 2016 letter that I sent to Warriors counsel Philip D. Weiss.

8.  Attached hereto as **Exhibit G** is a true and accurate copy of the February 12, 2016 letter that Mr. Weiss sent to me.

9.  Attached hereto as **Exhibit H** is a true and accurate copy of the February 15, 2016 letter that I sent to Mr. Weiss.

10. Attached hereto as **Exhibit I** is a true and accurate copy of the February 16, 2016 letter that Mr. Weiss sent to me.

11. Attached hereto as **Exhibit J** is a true and accurate copy of the February 23, 2016 letter from my colleague Stephen McIntyre to Mr. Weiss.

12. Attached hereto as **Exhibit K** is a true and accurate copy of the February 26, 2016 letter that Mr. Weiss sent to my colleague Mr. McIntyre.

13. Attached hereto as **Exhibit L** is a true and accurate copy of TGB Promotions, LLC's objections to Top Rank's subpoena *duces tecum*, dated February 5, 2016.

14. Attached hereto as **Exhibit M** is a true and accurate copy of DiBella Entertainment, Inc.'s objections to Top Rank's subpoena *duces tecum*, dated February 5, 2016.

15. Attached hereto as **Exhibit N** is a true and accurate copy of the Protective Order entered in this case, entered by the Court on February 2, 2016.

16. Attached hereto as **Exhibit O** is a true and accurate copy of King's Promotion LLC's objections to Top Rank's subpoena *duces tecum*, dated March 3, 2016.

17. Attached hereto as **Exhibit P** is a true and accurate copy of DeCubas Boxing LLC's objections to Top Rank's subpoena *duces tecum*, dated March 3, 2016.

I hereby certify that the foregoing statements are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: Los Angeles, California
March 14, 2016

BY: _____
James M. Pearl