# EXHIBIT

# I

| | | |
|---|---|---|
| CARY J. C. AGAJANIAN<br>SCOTT B. McFALL<br>PHILIP D. WEISS<br>ABBIE CRIST<br>PAUL L. TETREAULT<br>DONALD ORNELAS, JR.<br>WILLIAM D. ANTHONY<br>SUSAN HEIDER<br>JONATHAN NESE | **AGAJANIAN, McFALL, WEISS,<br>TETREAULT & CRIST LLP**<br>**ATTORNEYS AT LAW**<br>346 NORTH LARCHMONT BOULEVARD<br>LOS ANGELES, CALIFORNIA 90004-3012 | Telephone (323) 993-0198<br>Facsimile (323) 993-9509 |

February 16, 2016

**VIA EMAIL AND U.S. MAIL**

Daniel M. Petrocelli, Esq.
David Marroso, Esq.
James M. Pearl, Esq.
Stephen McIntyre, Esq.
O'Melveny and Myers LLP
1999 Avenue of the Stars 7th Floor
Los Angeles, CA 90067-6035

    Re:    *Objections to Subpoenas to TGB Promotions, LLC, DiBella Entertainment, Inc., and Warriors Boxing and Promotions, LLC*

Dear Mr. Pearl,

    Thank you for your letter dated yesterday. As indicated in our letter of February 12, 2016, notwithstanding what we contend was your non-compliance with Local Rule 37.1, we are willing to confer with you as early as Monday, February 22.

    The fact is, even if your letter of February 11 triggered the meet and confer process, the meeting date that we proposed of February 22 is the *earliest* date we would be obligated to meet under the rules.

    In accordance with *F.R.C.P.* 45, if the last day to perform an act falls on a Sunday, then the period is extended to the following Monday. Here, according to my calculations, the tenth day after February 11 is February 21. Since February 21 is a Sunday, the period is extended to February 22.

    Please advise.

    Very truly yours,

    AGAJANIAN, McFALL, WEISS,
    TETREAULT & CRIST LLP

    /s/

    Philip D. Weiss

PDW:lmr

EXHIBIT I

193