# EXHIBIT

# J



# O'MELVENY & MYERS LLP

BEIJING

BRUSSELS

CENTURY CITY

HONG KONG

LONDON

NEWPORT BEACH

NEW YORK

400 South Hope Street
Los Angeles, California  90071-2899

TELEPHONE  (213) 430-6000
FACSIMILE  (213) 430-6407
www.omm.com

SAN FRANCISCO

SEOUL

SHANGHAI

SILICON VALLEY

SINGAPORE

TOKYO

WASHINGTON, D.C.

February 23, 2016

WRITER'S DIRECT DIAL
(213) 430-8382

**VIA E-MAIL**

WRITER'S E-MAIL ADDRESS
smcintyre@omm.com

Philip D. Weiss, Esq.
Agajanian, McFall, Weiss, Tetreault & Crist LLP
346 North Larchmont Boulevard
Los Angeles, CA 90004-3012

> Re:    *Subpoenas to TGB Promotions, DiBella Entertainment, and Warriors*
> *Boxing & Promotions*

Dear Phil:

Thank you for meeting and conferring with us on Monday, February 22, 2016.  This letter memorializes our discussions and agreements:

- As explained in our letters dated February 11, 2016 and February 15, 2016, and as reiterated during the conference, Top Rank believes the objections and responses served by TGB Promotions, DiBella Entertainment, and Warriors Boxing & Promotions are improper and indefensible.  Each promoter served the identical boilerplate objections to each of Top Rank's Requests.  On the face of these responses, not one promoter agreed to produce a single document.  *See Sprint Nextel Corp. v. Ace Wholesale, Inc.*, 2015 WL 3649623, at *2 (D. Nev. June 10, 2015) ("Boilerplate, generalized objections are inadequate and tantamount to making no objection at all.").

- You explained on the call that TGB Promotions, DiBella Entertainment, and Warriors Boxing & Promotions are not standing on at least some of these objections and will produce documents in response to certain Requests.  We discussed each of Top Rank's Requests and the objections advanced by TGB Promotions, DiBella Entertainment, and Warriors Boxing & Promotions.  You were not prepared to tell us with certainty which objections were being withdrawn, what documents would be produced, or to which Requests documents would be produced.

O'MELVENY & MYERS LLP

February 23, 2016 - Page 2

- In an effort to possibly avoid court intervention, we agreed that TGB Promotions, DiBella Entertainment, and Warriors Boxing & Promotions would have until Monday, February 29, 2016, to serve amended responses and objections to Top Rank's subpoenas *duces tecum*.  You committed to us that the amended responses will (i) identify the specific categories of documents in response to which your clients will produce documents; and (ii) provide a date certain by which your clients will make their respective productions.  Although not discussed on the call, given the date we served the subpoenas and the strict timeframe we are on, we request that the documents be produced no later than March 16, 2016.  We believe over seven weeks from the date of service is more than reasonable for the promoters to satisfy their legal obligations.

- Finally, we agreed that once TGB Promotions, DiBella Entertainment, and Warriors Boxing & Promotions serve their amended responses to Top Rank's subpoenas *duces tecum*, as specified above, any remaining disputed issues will immediately be ripe for motion practice.  No further meeting and conferring is necessary, although Top Rank and the promoters may decide further conferencing is prudent.

Top Rank reserves all rights with respect to the enforcement of its subpoenas.


Sincerely,


*/s/ Stephen J. McIntyre*


Stephen J. McIntyre, Esq.
for O'MELVENY & MYERS LLP


cc:     Daniel M. Petrocelli, Esq.
        James M. Pearl, Esq.
        David Marroso, Esq.