# EXHIBIT L

Philip D. Weiss, CA State Bar No. 137251
E-mail: *phil@agajanianlaw.com*
AGAJANIAN, McFALL, WEISS, TETREAULT & CRIST LLP
346 North Larchmont Boulevard
Los Angeles, CA 90004-3012
Telephone: (323) 993-0198
Facsimile: (323) 993-9509

Attorneys for TGB Promotions, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOP RANK, INC., | No. 2:15-cv-04961 JFW-MRW |
| Plaintiff, | [*Assigned to the Hon. John F. Walter*] |
| vs. | **OBJECTIONS RE SDT TO TGB PROMOTIONS, LLC** |
| ALAN HAYMON, et al., | |
| Defendants. | |

## GENERAL OBJECTIONS

Without waiving or limiting any objections to the specific categories of the subject subpoena identified below, TGB Promotions, LLC ("responding party"), objects as follows:

1. As to the "Instructions" portion of Exhibit "A" to the subject subpoena, to the extent that it requires greater obligations or burdens on the responding party than as set forth in the *Federal Rules of Civil Procedure* and/or other applicable legal authority.

2. As to the definition of "YOU," "YOUR," and "TGB Promotions," to the extent that it includes, among others, Thomas G. Brown. The subject subpoena is expressly issued and directed to *only* TGB Promotions, LLC.

3. As to the term of "HAYMON ENTITY," in that it is overbroad and calls for

1

OBJECTIONS RE SDT TO TGB PROMOTIONS, LLC

EXHIBIT L
199

1  speculation, and as no so-defined "HAYMON ENTITY" is a party, calls for production
2  of information that is neither relevant to any party's claim or defense, nor proportional to
3  the needs of the case. See *F.R.C.P* §26(b)(1).
4     4. As to the term of "WADDELL ENTITY," in that it is overbroad and calls for
5  speculation, and as no so-defined "WADDELL ENTITY" is a party, calls for production
6  of information that is neither relevant to any party's claim or defense, nor proportional to
7  the needs of the case. See *F.R.C.P* §26(b)(1).
8     5. As to the definition of "RELATED," "RELATE," and "RELATING," insofar
9  as it includes the term "indirectly," in that such term is overbroad and calls for
10 speculation, and calls for production of information that is neither relevant to any party's
11 claim or defense, nor proportional to the needs of the case. See *F.R.C.P* §26(b)(1).
12    6. To the extent that materials exist, are within the custody and control of
13 responding party, and are subject to production, responding party will comply only upon
14 proof of execution of a stipulated protective order, prepared and signed by all parties and
15 approved by the Court, providing that all such materials are, among other things,
16 confidential and proprietary, and shall not be published or disseminated beyond
17 reasonably necessary for the prosecution of this matter. The responding party reserves
18 the right to redact all materials as necessary and appropriate .

**OBJECTIONS TO CATEGORIES**

20 Category No. 1:
21    All COMMUNICATIONS between YOU on the one hand and HAYMON, any of
22 the HAYMON DEFENDANTS, or any HAYMON ENTITY on the other hand,
23 RELATING to any BOXING match in which YOU participated as promoter, co-
24 promoter, or that is otherwise RELATED to the PBC.
25 Response to Category No. 1:
26    Overbroad and beyond the scope of allowable discovery. Neither relevant to any
27 party's claim or defense, nor proportional to the needs of the case. See *F.R.C.P*
28 §26(b)(1). Violates the responding party's right to protect proprietary, private, and

2

**OBJECTIONS RE SDT TO TGB PROMOTIONS, LLC**

EXHIBIT L
200

confidential information. Unduly burdensome and expensive. Fails to provide reasonable time for compliance.

Category No. 2:

All COMMUNICATIONS between YOU and any WADDELL ENTITY RELATING to any BOXING match in which YOU participated as promoter, co-promoter, or that is otherwise RELATED to the PBC.

Response to Category No. 2:

Overbroad and beyond the scope of allowable discovery. Neither relevant to any party's claim or defense, nor proportional to the needs of the case. See *F.R.C.P* §26(b)(1). Violates the responding party's right to protect proprietary, private, and confidential information. Unduly burdensome and expensive. Fails to provide reasonable time for compliance.

Category No. 3:

All DOCUMENTS RELATING to any BOXING match in which YOU participated as promoter, co-promoter, or that is otherwise RELATED to the PBC. This includes but is not limited to all internal COMMUNICATIONS, draft or final contracts, memoranda, financial analyses, payment records, calendars, planners, and/or meeting minutes.

Response to Category No. 3:

Overbroad and beyond the scope of allowable discovery. Neither relevant to any party's claim or defense, nor proportional to the needs of the case. See *F.R.C.P* §26(b)(1). Violates the responding party's right to protect proprietary, private, and confidential information. Unduly burdensome and expensive. Fails to provide reasonable time for compliance.

Category No. 4:

All FINANCIAL RECORDS between YOU on the one hand and HAYMON, any of the HAYMON DEFENDANTS, or any HAYMON ENTITY on the other hand, RELATING to any BOXING match in which YOU participated as promoter, co-

1 promoter, or that is otherwise RELATED to the PBC.

2 <u>Response to Category No. 4:</u>

3     Overbroad and beyond the scope of allowable discovery. Neither relevant to any party's claim or defense, nor proportional to the needs of the case. See *F.R.C.P* §26(b)(1). Violates the responding party's right to protect proprietary, private, and confidential information. Unduly burdensome and expensive. Fails to provide reasonable time for compliance.

8 <u>Category No. 5:</u>

9     All FINANCIAL RECORDS between YOU on the one hand and HAYMON, any of the HAYMON DEFENDANTS, or any HAYMON ENTITY on the other hand, RELATING to BOXING.

12 <u>Response to Category No. 5:</u>

13     Overbroad and beyond the scope of allowable discovery. Neither relevant to any party's claim or defense, nor proportional to the needs of the case. See *F.R.C.P* §26(b)(1). Violates the responding party's right to protect proprietary, private, and confidential information. Unduly burdensome and expensive. Fails to provide reasonable time for compliance.

18 <u>Category No. 6:</u>

19     All FINANCIAL RECORDS between YOU and any WADDELL ENTITY, RELATING to any BOXING match in which YOU participated as promoter, co-promoter, or that is otherwise RELATED to the PBC.

22 <u>Response to Category No. 6:</u>

23     Overbroad and beyond the scope of allowable discovery. Neither relevant to any party's claim or defense, nor proportional to the needs of the case. See *F.R.C.P* §26(b)(1). Violates the responding party's right to protect proprietary, private, and confidential information. Unduly burdensome and expensive. Fails to provide reasonable time for compliance.

28 ///

4

**OBJECTIONS RE SDT TO TGB PROMOTIONS, LLC**

EXHIBIT L
202

Category No. 7:

All FINANCIAL RECORDS between YOU and any WADDELL ENTITY, RELATING to BOXING.

Response to Category No. 7:

Overbroad and beyond the scope of allowable discovery. Neither relevant to any party's claim or defense, nor proportional to the needs of the case. See *F.R.C.P* §26(b)(1). Violates the responding party's right to protect proprietary, private, and confidential information. Unduly burdensome and expensive. Fails to provide reasonable time for compliance.

Category No. 8:

All DOCUMENTS and COMMUNICATIONS RELATING to the planning, production, promotion, co-promotion, or broadcasting of any BOXING match promoted or co-promoted by YOU that is RELATED to PBC. For clarity, this Request includes but it not limited to all internal and/or external COMMUNICATIONS with any boxer, venue, broadcaster, sponsor, athletic commission, BOXING organization, and/or matchmaker; and all draft or final contracts, telephone records, electronic messages, memoranda, financial analyses, payment and revenue records and receipts, calendars, planners, meeting minutes, submissions and/or disclosures to athletic commissions, and/or negotiating correspondence.

Response to Category No. 8:

Overbroad and beyond the scope of allowable discovery. Neither relevant to any party's claim or defense, nor proportional to the needs of the case. See *F.R.C.P* §26(b)(1). Violates the responding party's right to protect proprietary, private, and confidential information. Unduly burdensome and expensive. Fails to provide reasonable time for compliance.

Category No. 9:

All DOCUMENTS RELATING to the planning, production, promotion, co-promotion, or broadcasting of any BOXING match promoted or co-promoted by YOU

5

**OBJECTIONS RE SDT TO TGB PROMOTIONS, LLC**

EXHIBIT L
203

1   that is RELATED to HAYMON, any of the HAYMON DEFENDANTS, or any
2   HAYMON ENTITY. For clarity, this Request excludes any documents responsive to
3   Request No. 8. For further clarity, this Request includes but is not limited to all internal
4   and/or external COMMUNICATIONS with any boxer, venue, broadcaster, sponsor,
5   athletic commission, BOXING organization, and/or matchmaker, and all draft or final
6   contracts, telephone records, electronic messages, memoranda, financial analyses,
7   payment and revenue records and receipts, calendars, planners, meeting minutes,
8   submissions and/or disclosures to athletic commissions, and/or negotiating
9   correspondence.

10   <u>Response to Category No. 9:</u>

11       Overbroad and beyond the scope of allowable discovery. Neither relevant to any
12   party's claim or defense, nor proportional to the needs of the case. See *F.R.C.P*
13   §26(b)(1). Violates the responding party's right to protect proprietary, private, and
14   confidential information. Unduly burdensome and expensive. Fails to provide
15   reasonable time for compliance.

16   <u>Category No. 10:</u>

17       All DOCUMENTS RELATING to the planning, production, promotion, co-
18   promotion, or broadcasting of any BOXING match promoted or co-promoted by YOU
19   since 2012. For clarity, this Request excludes any documents responsive to Requests
20   No. 8 and No. 9. For further clarity, this Request includes but is not limited to all
21   internal and/or external COMMUNICATIONS with any boxer, venue, broadcaster,
22   sponsor, athletic commission, BOXING organization, and/or matchmaker; and all draft
23   or final contracts, telephone records, electronic messages, memoranda, financial
24   analyses, payment and revenue records and receipts, calendars, planners, meeting
25   minutes, submissions and/or disclosures to athletic commissions, and/or negotiating
26   correspondence.
27   / / /
28   / / /

6

**OBJECTIONS RE SDT TO TGB PROMOTIONS, LLC**

EXHIBIT L
204

Response to Category No. 10:

Overbroad and beyond the scope of allowable discovery. Neither relevant to any party's claim or defense, nor proportional to the needs of the case. See *F.R.C.P* §26(b)(1). Violates the responding party's right to protect proprietary, private, and confidential information. Unduly burdensome and expensive. Fails to provide reasonable time for compliance.

Category No. 11:

All DOCUMENTS and COMMUNICATIONS RELATING to any subpoenas, COMMUNICATIONS, or civil investigative demands that YOU have received from any government agency, commission, or regulator, RELATING to BOXING.

Response to Category No. 11:

Overbroad and beyond the scope of allowable discovery. Neither relevant to any party's claim or defense, nor proportional to the needs of the case. See *F.R.C.P* §26(b)(1). Violates the responding party's right to protect proprietary, private, and confidential information. Unduly burdensome and expensive. Fails to provide reasonable time for compliance.

DATED: February 5, 2016

AGAJANIAN, McFALL, WEISS, TETREAULT & CRIST LLP

By: _____
Philip D. Weiss
Attorneys for TGB Promotions, LLC

7

OBJECTIONS RE SDT TO TGB PROMOTIONS, LLC

EXHIBIT L
205

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of AGAJANIAN, McFALL, WEISS, TETREAULT & CRIST LLP, 346 North Larchmont Boulevard, Los Angeles, CA 90004-3012. I am over the age of eighteen years and not a party to the within action.

Pursuant to Rule 5 (b) of the *Federal Rule of Civil Procedure*, on February 5, 2016, in accordance with our lawfirm's ordinary business practices, I caused the service of the within **OBJECTIONS RE SDT TO TGB PROMOTIONS, LLC**, by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as follows:

ATTORNEYS FOR PLAINTIFF

Daniel M. Petrocelli, Esq.
David Marroso, Esq.
James M. Pearl, Esq.
Stephen McIntyre, Esq.
O'Melveny and Myers LLP
1999 Avenue of the Stars 7th Floor
Los Angeles, CA 90067-6035
310-553-6700

ATTORNEYS FOR DEFENDANTS

Barry H. Berke, Esq.
Norman C. Simon, Esq.
Marjorie E. Sheldon, Esq.
Kramer Levin Naftalis and Frankel LLP
1177 Avenue of the Americas
New York, NY 10036-2714
212-715-7500

Howard Weitzman, Esq.
Jeremiah T. Reynolds, Esq.
Kinsella Weitzman Iser Kump and Aldisert LLP
808 Wilshire Boulevard 3rd Floor
Santa Monica, CA 90401
310-566-9800

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 5, 2016, at Los Angeles, California.

Lisa M. Romero

EXHIBIT L
206



From: AGAJANIAN, McFALL, WEISS,
TETREAULT & CRIST LLP
Attorneys at Law
346 N. Larchmont Boulevard
Los Angeles, CA 90004-3012

To: Daniel M. Petrocelli, Esq.
David Marroso, Esq.
James M. Pearl, Esq.
Stephen McIntyre, Esq.
O'Melveny and Myers LLP
1999 Avenue of the Stars 7th Floor
Los Angeles, CA 90067-6035

EXHIBIT L
207